UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES THERON TURNER, | ) | No. EDCV 13-1963 JSL (FFM) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| DOMINGO URIBE, Jr., Warden | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.  To the extent petitioner's objection to the Report and Recommendation of United States Magistrate Judge can be construed as asserting new claims, those claims are not addressed because they were never presented to the California Supreme Court and are unexhausted.

/ / /

/ / /

/ / /

/ / /

1   IT IS ORDERED that judgment be entered dismissing the Petition on the merits
2   with prejudice.

4   DATED:  September 15, 2014

                                        _____
                                        MARGARET M. MORROW
                                        United States District Judge