UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES THERON TURNER, | ) | No. EDCV 13-1963 JSL (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| DOMINGO URIBE, Jr., Warden | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 15, 2014

/s/ Margaret M. Morrow
MARGARET M. MORROW
United States District Judge